**Michael S. Burkhardt (N.J. ID No. 008541993)**
**Blair J. Robinson (N.J. ID No. 040712004)**
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA  19103
Telephone: (215) 963-5130/5398
Facsimile: (215) 963-5001
mburkhardt@morganlewis.com
blair.robinson@morganlewis.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KELLI SMITH, KANDICE BROSS, RACHEL MOUNTIS, AMY SHURSKY and KATE WHITMER**, individually and on behalf of a class of similarly situated female employees,<br><br>Plaintiffs,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>Defendant. | No. 3:13-cv-02970(JAP/LHG)<br><br>*Civil Action*<br><br>**DEFENDANT MERCK & CO., INC.'S MOTION TO DISMISS/STRIKE PLAINTIFFS' DISPARATE IMPACT, CLASS AND COLLECTIVE ACTION CLAIMS**<br><br>Return Date:  March 17, 2014<br><br>Oral Argument Requested<br><br>*Electronically Filed* |

**TO:**  David Sanford, Esq.
 Deborah Marcuse, Esq.
 Kate Mueting, Esq.
 Jennifer Siegel, Esq.
 Sanford Heisler LLP
 1666 Connecticut Avenue NW, Suite 300
 Washington, DC  20009

COUNSEL:

PLEASE TAKE NOTICE that on March 17, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Merck & Co., Inc. ("Merck") will move before the Honorable Joel A. Pisano, U.S.D.J, of this Court located at 402 East State Street, Trenton, New Jersey 08608, for an Order dismissing or striking Plaintiffs' class claims and dismissing Plaintiffs' disparate impact and collective action claims with prejudice.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendant shall rely upon the accompanying Memorandum of Law and Declaration of Michael S. Burkhardt.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 7.1(e)(1), a proposed order is submitted herewith.

| | |
|---|---|
| Dated:  February 18, 2014 | By: s/ Michael S. Burkhardt  <br>Michael S. Burkhardt <br>Blair J. Robinson <br>**MORGAN, LEWIS & BOCKIUS LLP** <br>1701 Market Street <br>Philadelphia, PA  19103 <br>Phone: (215) 963-5130/5398 <br>Fax: (215) 963-5001 <br>mburkhardt@morganlewis.com <br>blair.robinson@morganlewis.com <br><br>Attorneys for Defendant Merck & Co., Inc. |