RECEIVED
AUG 27 2015
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KELLI SMITH, *et al.*,** individually and on behalf of a class of similarly situated female employees,<br><br>Plaintiffs,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>Defendant. | Civil Action No. 3:13-cv-02970 (MAS/LHG)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court on **August 10, 2015**, for a status conference via telephone pursuant to Fed. R. Civ. P. 16; Deborah Marcuse, Andrew Melzer, and David Tracey, Esqs., of Sanford Heisler Kimpel LLP, representing Plaintiffs; Krissy Katzenstein and Cailin Heilig, Esqs., of Morgan Lewis & Bockius LLP, representing Defendant, and the Court having set certain deadlines with the participate of counsel; and for good cause shown;

**IT IS** on this 27th day of **August 2015**,

**ORDERED** that the motion seeking conditional certification for the collective action shall be filed no later than **September 11, 2015**, made returnable by **October 5, 2015**; and it is further

**ORDERED** that any motion to amend the pleadings shall be filed by no later than **September 11, 2015**, made returnable **October 5, 2015**; and it is further

**ORDERED** that the parties shall submit a joint letter with respect to any discovery disputes by no later than **August 13, 2015**; and it is further

**ORDERED** that the Court denies without prejudice Plaintiffs' request made orally during the conference for a tolling of the statute of limitations for the collective action; and it is further

**ORDERED** that Defendant shall produce updated employee data through July 31, 2015 by no later than **August 21, 2015**; and it is further

**ORDERED** that the Court will conduct a telephonic status conference on **October 13, 2015 at 11:00 a.m.** Plaintiff is to initiate the call to Chambers.

_____
Lois H. Goodman
**UNITED STATES MAGISTRATE JUDGE**