UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KELLI SMITH, KANDICE BROSS, RACHEL MOUNTIS, and KATE WHITMER,** individually and on behalf of a class of similarly situated female employees,<br><br>**Plaintiffs,**<br><br>-- against --<br><br>**MERCK & CO., INC., MERCK SHARP & DOHME, CORP., and INTERVET, INC.**<br><br>**Defendants.** | Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br><br><br>No. 3:13-cv-02970<br><br>*Civil Action* |

### THIRTY-FIFTH NOTICE OF FILING OF CONSENT TO JOIN FORMS

Nine (9) Consent to Join Forms for the following individuals are attached hereto. These individuals choose to participate in this Equal Pay Act action as opt-in party plaintiffs and choose to be represented by Plaintiffs' attorneys in this matter.

Exhibit A contains the Consent to Join Forms for:

1. Angie Brandenburg

2. Sheila Stone

3. Melissa Ballheimer

4. Christina Dunn

1

5. Caroline Williams

6. Ellen Paige Wrede

7. Serena Stanek

8. Carmen Pantelas

9. Elizabeth Young

Respectfully submitted on this 29th day of July, 2016.

By:

    /s/David Tracey_____
David Tracey (N.J. ID No. 081062013)
Andrew Melzer (*pro hac vice*)
Russell Kornblith (*pro hac vice*)
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5650
dtracey@sanfordheisler.com
amelzer@sanfordheisler.com
rkornblith@sanfordheisler.com

David Sanford (*pro hac vice*)
**SANFORD HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20009
Telephone: (202) 499-5201
Facsimile:  (202) 499-5119
dsanford@sanfordheisler.com

2

Deborah K. Marcuse (*pro hac vice*)
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219-1639
Telephone: (412) 281- 8400, ext. 121
Facsimile: (412) 281-1007
DMarcuse@fdpklaw.com

*Attorneys for Plaintiffs and the Class*

3