# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KELLI SMITH, KANDICE BROSS, RACHEL MOUNTIS, and KATE WHITMER, individually and on behalf of a class of similarly situated female employees,** | Hon. Michael A. Shipp, U.S.D.J. <br> Hon. Lois H. Goodman, U.S.M.J. |
| **Plaintiffs,** | |
| **-- against --** | No. 3:13-cv-02970 |
| **MERCK & CO., INC., MERCK SHARP & DOHME, CORP., and INTERVET, INC.** | *Civil Action* |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016, a true and correct copy of Plaintiffs' Thirty-Fifth Notice of Filing of Consent to Join Forms was served via ECF on the following counsel of record:

> **Michael S. Burkhardt, Esq.**
> **Blair J. Robinson, Esq.**
> **Krissy Katzenstein, Esq.**
> **Calin Heilig, Esq.**
> **A. Klair Fitzpatrick, Esq.**
> Morgan, Lewis & Bockius, LLP
> 1701 Market Street
> Philadelphia, PA 19103-2921
> *Counsel for Defendant*

Respectfully submitted this 29th day of July, 2016.

By:

_____/s/David Tracey_____

1

David Tracey (N.J. ID No. 081062013)
Andrew Melzer (*pro hac vice*)
Russell Kornblith (*pro hac vice*)
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5650
dtracey@sanfordheisler.com
amelzer@sanfordheisler.com
rkornblith@sanfordheisler.com

David Sanford (*pro hac vice*)
**SANFORD HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20009
Telephone: (202) 499-5201
Facsimile:  (202) 499-5119
dsanford@sanfordheisler.com

Deborah K. Marcuse (*pro hac vice*)
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219-1639
Telephone:  (412) 281- 8400, ext. 121
Facsimile:  (412) 281-1007
DMarcuse@fdpklaw.com

*Attorneys for Plaintiffs and the Class*