UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELLI SMITH, KANDICE BROSS, RACHEL MOUNTIS, and KATE WHITMER, individually and on behalf of a class of similarly situated female employees,<br><br>Plaintiffs,<br><br>-- against --<br><br>MERCK & CO., INC., MERCK SHARP & DOHME, CORP., and INTERVET, INC.<br><br>Defendants. | Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>No. 3:13-cv-02970<br><br>*Civil Action* |

**PLEASE TAKE NOTICE** that Plaintiffs Kelli Smith, Kandice Bross, Rachel Mountis, and Kate Whitmer hereby move for an order granting their Motion for Preliminary Approval of the Class Settlement.

Submitted in support of the Motion are the Class Action Settlement Agreement, Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of the Class Settlement, the Declarations of David W. Sanford and Deborah K. Marcuse in Support of the Motion for Preliminary Approval of the Class Settlement, a [Proposed] Notice of Settlement of Class Action, and a [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of the Class Settlement.

Date: December 19, 2018

Respectfully Submitted,

_____
Russell Kornblith*

David W. Sanford*
Andrew Melzer*
David Tracey
Nicole Wiitala*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas,
Suite 3100 New York, NY 10019
Tel: (646) 402-5650
Fax: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com
amelzer@sanfordheisler.com
dtracey@sanfordheisler.com
nwiitala@sanfordheisler.com


Deborah K. Marcuse*
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street
Suite 1950
Baltimore, MD 21202
Tel: 410-834-7420
Fax: 410-834-7425
dmarcuse@sanfordheisler.com