

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Russell Kornblith*, NY Managing Partner
(646) 402-5646
rkornblith@sanfordheisler.com

New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

December 20, 2018

**VIA ECF**
William T. Walsh, Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Smith et al. v. Merck & Co., Inc. et al.* – Case No. 3:13-cv-2960

Dear Clerk Walsh:

On December 19, 2018, Plaintiffs in the above-captioned matter filed a Memorandum of Law (Dkt. 421) in support of their Motion for Preliminary Approval of the Class Settlement (Dkt. 420). Plaintiffs inadvertently clicked the button to seal the Memorandum of Law while filing the document on ECF. Accordingly, Plaintiffs respectfully request that the Clerk unseal the document.

Respectfully Submitted,

Russell Kornblith