# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KELLI SMITH, KANDICE BROSS, RACHEL MOUNTIS, and KATE WHITMER, individually and on behalf of a class of similarly situated female employees,**<br><br>**Plaintiffs,**<br><br>-- against --<br><br>**MERCK & CO., INC., MERCK SHARP & DOHME, CORP., and INTERVET, INC.**<br><br>**Defendants.** | Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br><br><br>No. 3:13-cv-02970<br><br>*Civil Action* |

## NOTICE OF PLAINTIFFS' MOTION FOR
## ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

**PLEASE TAKE NOTICE** that Plaintiffs Kelli Smith, Kandice Bross, Rachel Mountis, and Kate Whitmer hereby move for an order granting their Motion for Attorneys' Fees, Costs, and Service Awards.

Submitted in support of the Motion are Plaintiffs' Memorandum of Law in Support of Motion for Attorneys' Fees, Costs, and Service Awards; the Declarations of Russell L. Kornblith, Deborah K. Marcuse, and David W. Sanford in Support of Plaintiffs' Motions for (1) Final Approval of the Class Settlement, and (2) Attorneys' Fees, Costs, and Service Awards; and a Proposed Order Granting Final Approval of the Class Settlement and Attorneys' Fees, Costs, and Service Awards.

Dated: October 30, 2019

Respectfully Submitted,

_____
Russell L. Kornblith (*Pro Hac Vice*)
David W. Sanford (*Pro Hac Vice*)
Andrew Melzer (*Pro Hac Vice*)
David Tracey
Nicole E. Wiitala (*Pro Hac Vice*)
**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Suite 3100
New York, NY 10019
Tel: (646) 402-5650
Fax: (646) 402-5651
rkornblith@sanfordheisler.com
dsanford@sanfordheisler.com
amelzer@sanfordheisler.com
dtracey@sanfordheisler.com
nwiitala@sanfordheisler.com

Thomas J. Henderson (*Pro Hac Vice*)
**Sanford Heisler Sharp, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Fax: (202) 499-5199
thenderson@sanfordheisler.com

Deborah K. Marcuse
**Sanford Heisler Sharp, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Tel: (410) 834-7420
Fax: (410) 834-7425
dmarcuse@sanfordheisler.com

*Attorneys for Plaintiffs and the Class*